Koller and Koller, Inc., appellant, v. Josef Wagner, trading as Wagner Dairy, appellee. Gen. No. 39,544.

Opinion filed February 2, 1938.

Lefkow & Lefkow, for appellant. Grablowski & Kanak, for appellee.

Mr. Presiding Justice Hebel delivered the opinion of the court.

Capitol Dairy Company and Milk Wagon Drivers' Union of Chicago, Local 753, appellants, v. Herman Meyer, appellee. Gen. ·No. 39,566.

Opinion filed February 2, 1938.

Robert Mendelson and David A. Riskind, for appellants. Francis Heisler, for appellee.

Mr. Presiding Justice Hebel delivered the opinion of the court.

William Wedel, Jr. et al., appellants, v. Mrs. James (Annette) Calloway, appellee. Gen. No. 39,575.

Opinion filed February 2, 1938.

Benjamin R. Williams, for appellants. Hinshaw & Culbertson, for appellee; Oswell G. Treadway, of counsel.

Mr. Presiding Justice Hebel delivered the opinion of the court.

Sadie Ascher, appellee, v. William C., sometimes called William Currier Lamoreaux, appellant. Gen. No. 39,591.

Opinion filed February 2, 1938.

Harry M. Ehrlich, for appellant. Newmann & Sideman, for appellee.

Mr. Presiding Justice Hebel delivered the opinion of the court.